IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DELVIN HALE**                                                                                          **PLAINTIFF**

v.                              **CASE NO. 4:24-CV-00006-BSM**

**DIGITAL FEDERAL CREDIT UNION**                                        **DEFENDANT**

## ORDER

Delvin Hale's motion for leave to amend his complaint [Doc. No. 8] is granted and the Clerk of Court is directed to file the Amended Complaint attached to his motion. Hale's motion for default judgment [Doc. No. 9] is denied because notice of removal was timely filed. Doc. No. 1 at 2.

IT IS SO ORDERED this 9th day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE